**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

BUILDING SERVICE 32BJ HEALTH FUND, et al.,

                        Plaintiffs,

          -against-

BUDGET SERVICE & SUPPLIES, LLC,

                        Defendant.

---------------------------------------------------------x

18-CV-10246 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

By **November 20, 2019**, the parties shall submit a joint status letter indicating whether the parties intend on bringing a dispositive motion, and if so, proposing a briefing schedule. The parties shall also indicate whether a settlement conference would be productive at this time.

**SO ORDERED.**

Dated: November 14, 2019
       New York, New York

                                               *s/ Ona T. Wang*
                                                **Ona T. Wang**
                                         United States Magistrate Judge