UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ Health Fund, et al.,

                    Plaintiffs,

-against-

BUDGET SERVICE & SUPPLIES, LLC,

                    Defendant

No. 18-CV-10246 (OTW)

**ORDER**

---

**ONA T. WANG, United States Magistrate Judge:**

The parties have advised the Court that a settlement has been reached in principle. (ECF 37). Accordingly, this action is dismissed without prejudice and without costs to either party, but without prejudice to restoration of the action within sixty days if the settlement is not fully effectuated.

If the parties wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered. The Clerk is directed to close the case, and any pending motions shall be terminated as moot.

**SO ORDERED.**

Dated: December 23, 2019
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge